UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
————

CHARLES THOMAS,

    Plaintiff,

v.

VAN SUILICHEM ENTERPRISES, LLC,
et al.,

    Defendants,

_____/

Hon. Hala Y. Jarbou

Case No. 19-cv-00090

**REPORT AND RECOMMENDATION**

    This matter is before the Court on Defendants' motion to compel discovery and to dismiss certain plaintiffs for failure to comply with the Court's previous discovery order. (ECF No. 90). Plaintiffs responded. (ECF No. 92). The Court conducted a hearing on this matter on December 8, 2020, and directed Defendants to file a supplement to the motion. (Minutes, ECF No. 95). That supplement has been filed. (ECF No. 96).

    For the reasons contained herein, the undersigned judicial officer recommends that the Court dismiss the following plaintiffs, pursuant to Federal Rules of Civil Procedure 37(b)(2)(v) and 41(b), for want of prosecution and for failure to comply with the Court's order compelling discovery: Michael Smith; Carlos Torres; John

Billington; Anthony Long; Dylan Gleason; Chris Keely; and Edward Orozco.[1]

## Procedural History and Relevant Facts

Plaintiff Charles Thomas filed this collective action on February 5, 2019, claiming that Defendants willfully violated the Fair Labor Standards Act by failing to pay the statutory minimum wage and in failing to pay overtime. (ECF No. 1). Defendants answered on February 26, 2019. (ECF No. 7). A Case Management Order issued on April 17, 2019, setting a July 15, 2019, deadline for filing the collective action certification motion and a December 20, 2019, deadline for completing discovery. (ECF No. 10, PageID.57). After briefing on the issue, the Court conditionally certified the collective action to include:

> Current and former employees of Van Suilichem Enterprises, LLC who are or were compensated at a fixed rate per job and/or worked in excess of forty (40) hours during a workweek at any time after February 5, 2016.

(9/5/19 Order, ECF No. 28, PageID.294). The Court amended the Case Management Order four times (ECF No. 40, 69, 73, 77), ultimately extending the close of discovery to September 17, 2020. (ECF No. 77, PageID.500).

On January 13, 2020, Defendants served their first set of special interrogatories and requests for production of documents to the 26 named persons who had joined Plaintiff's conditional class. (Proof of Serv., ECF No. 45). On May 18,

---

[1] The undersigned has separately issued an order compelling Plaintiffs Lane Bissette, Gayland Hamilton, Laken Johnson, Jose Sanchez, and Willie Sterling to answer Defendants Second Set of Interrogatories and Requests for Production. (*See* ECF No. 97).

2

2020, Defendants filed a motion to compel discovery from these individuals due to their failure to respond to their discovery requests.  (ECF No. 70).  Plaintiffs' counsel responded to the motion noting mixed success in obtaining responsive information from the conditional class members.  (*See* ECF No. 75, PageID.494-95).  On June 25, 2020, the Court conducted a hearing on the motion (Minutes, ECF No. 81), and issued an order the next day compelling nine conditional class members – Michael Smith, Carlos Torres, Santino Garcia, John Billington, Anthony Long, Dylan Gleason, Chris Keely, Edward Orozco, and Santino Orozco – to respond to Defendants' discovery requests within thirty days (ECF No. 82).  The Court admonished the conditional class members that "**[f]ailure to timely respond to the discovery requests may result in the dismissal of the respective party's claims for violation of this Order and for want of prosecution.**"   (*Id.* at PageID.512-13) (emphasis in original).[2]

On November 2, 2020, Defendants filed a second motion to compel discovery and to dismiss the seven conditional class members who failed to comply with the Court's June 26, 2020, order.  (ECF No. 90).  In Plaintiffs' response, counsel advised of his considerable and repeated efforts to obtain compliance from the above-named conditional class members, which efforts proved unsuccessful.  (*See* ECF No. 92, PageID.548-51).  The Court could expect nothing more.

---

[2] A status conference was held on July 7, 2020, to resolve a question among counsel regarding which conditional class members were subject to this order. (Minutes, ECF No. 84).

3

Accordingly, the undersigned recommends that the Court grant Defendants' motion to dismiss seven of the conditional class members, with prejudice, for want of prosecution and for failure to comply with the Court's June 26, 2020, order. *See* Fed. R. Civ. P. 37(b)(2)(v), 41(b). These include the following: Michael Smith; Carlos Torres; John Billington; Anthony Long; Dylan Gleason; Chris Keely; and Edward Orozco. **This report and recommendation will serve as final notice to these conditional class members that their claims may be dismissed with prejudice.**

OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within fourteen days of the date of service of this notice. 28 U.S.C. § 636(b)(1)(C). Failure to file objections within the specified time waives the right to appeal the District Court's order. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir.1981).

                                                      Respectfully submitted,

Date: January 13, 2021                      /s/ Phillip J. Green
                                                      PHILLIP J. GREEN
                                                      United States Magistrate Judge