UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES THOMAS,

    Plaintiff,                                 Case No. 1:19-cv-90

v.                                          Honorable Hala Y. Jarbou

VAN SUILICHEM ENTERPRISES, LLC,
et al.,

    Defendants.
_____/

**ORDER**

On January 13, 2021, Magistrate Judge Phillip J. Green, issued a Report and Recommendation (R&R) recommending that the Court grant Defendants' motion to dismiss (ECF No. 90) and dismiss Plaintiffs Michael Smith, Carlos Torres, John Billington, Anthony Long, Dylan Gleason, Chris Keely, and Edward Orozco (ECF No. 98). The R&R was duly served on the parties. The above-named plaintiffs were served via first class mail on January 15, 2021 (ECF No. 100). No objections have been filed, and the deadline for doing so expired on January 27, 2021. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly:

**IT IS ORDERED** that the R&R (ECF No. 98) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motion to dismiss (ECF No. 90) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiffs Michael Smith, Carlos Torres, John Billington, Anthony Long, Dylan Gleason, Chris Keely, and Edward Orozco are dismissed, with prejudice, from this case.

Date:   February 3, 2021            /s/ Hala Y. Jarbou
                                                                HALA Y. JARBOU
                                                                UNITED STATES DISTRICT JUDGE