UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES THOMAS, an individual Plaintiff,

    Plaintiff,    CASE NO.  19-CV-00090

v    HON. ROBERT J. JONKER

VAN SUILICHEM ENTERPRISES, LLC, a Michigan
Limited Liability Company, and DAVID WAYNE
VAN SUILICHEM, an individual, jointly and severally

    Defendants.

---

| | |
|---|---|
| Robert Anthony Alvarez (P66954) | Kevin B. Even (P38599) |
| Avanti Law Group, PLLC | Christopher S. Berry (P68580) |
| ralvarez@avantilaw.com; | Smith Haughey Rice & Roegge |
| Attorneys for Plaintiff | keven@shrr.com; cberry@shrr.com |
| 600 28th St. SW | Attorneys for Defendants |
| Wyoming, MI 49509 | 900 Third St., Ste 204 |
| 616-257-6807 | Muskegon, MI 49440 |
| | 231-724-4320 |

---

**JOINT STIPULATION OF CONSENT TO EXERCISE JURISDICTION
BY A UNITED STATES MAGISTRATE JUDGE**

NOW COME the above named parties by and through their counsel of record and in accordance with the provisions of Title 28, United States Code, Section 636(c) and Fed. R. Civ. P. 73, and consent to have a United States magistrate judge conduct any and all proceedings in the case, including trial, order the entry of a final judgment and conduct all post-judgment proceedings.


| | |
|---|---|
| /s/Robert Anthony Alvarez | /s/Kevin B. Even |
| Robert Anthony Alvarez (P66954) | Kevin B. Even (P38599) |
| AVANTI LAW GROUP, PLLC | SMITH HAUGHEY RICE & ROEGGE |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 600 28th St. SW | 900 Third St., Ste. 204 |
| Wyoming, MI 49509 | Muskegon, MI 49440 |
| (616) 257-6807 | (231) 724-4320 |
| ralvarez@avantilaw.com | keven@shrr.com |

SHRR\4894469.v1