# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

---

**CHARLES THOMAS,** an individual,                    Hon. Phillip J. Green

       Plaintiff,                                       Case No. 1:19-cv-00090

v.

**VAN SUILICHEM ENTERPRISES, LLC,**
A Michigan Limited Liability Company, and ,
**DAVID WAYNE VAN SUILICHEM,** an individual,
jointly and severally,

       Defendants.

| **AVANTI LAW GROUP, PLLC** | **SMITH HAUGHEY RICE & ROEGGE** |
|---|---|
| Robert Anthony Alvarez (P66954) | Kevin B. Even (P38599) |
| Attorneys for Plaintiff | Christopher S. Berry (P68580) |
| 600 28th St SW | Rachael M. Roseman (P78917) |
| Wyoming, MI 49509 | Attorneys for Defendants |
| (616) 257-6807 | 900 Third St., Ste. 204 |
| ralvarez@avantilaw.com | Musekgon, MI 49440 |
| | (231) 724-4320 |
| | keven@shrr.com |
| | cberry@shhr.com |

## <u>ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING CASE WITH PREJUDICE</u>

       This matter comes before the Court pursuant to the Joint Motion to Approve Settlement and to Dismiss Case with Prejudice (the"**Motion**") made by and between Plaintiff Charles Thomas and Defendants Van Suilichem Enterprises, LLC. and David Wayne Van Suilichem (collectively referred to herein as "**Parties**"). The settlement is presented to the Court for approval because Plaintiff has asserted a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. (2000) ("**FLSA**").

       As interpreted by the United States Supreme Court, the FLSA permits parties in certain FLSA cases to resolve a disputed claim through a settlement agreement approved as fair and

reasonable by a district court. *D.A.Schulte, Inc. v Gangi,* 328 U.S. 108 (1946); *Brooklyn Sav. Bank v O'Neil,* 324 U.S. 697 (1945).

The Court has reviewed the Parties' Settlement Agreement.  Defendants vigorously contest the factual and legal basis for Plaintiff's claims, and the Court finds that a *bona fide* dispute exists as to liability in this lawsuit. Having reviewed the Parties' submissions and Settlement Agreement, the Court is satisfied that the Settlement Agreement is a fair and reasonable settlement of a disputed claim, and that the Parties' Motion is meritorious and should be granted.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Parties' Joint Motion to Approve Settlement and to Dismiss Case with Prejudice is **GRANTED.**

2. The Parties' Settlement Agreement is **APPROVED** in its entirety.

3. The case is **DISMISSED WITH PREJUDICE,** with each party to bear its own costs and attorneys' fees, except as otherwise agreed.

4. This court retains jurisdiction to enforce the terms of the Settlement Agreement **IT IS SO ORDERED.**


Date:  March 19, 2021                     /s/ Phillip J. Green
                                          HONORABLE PHILLIP J. GREEN
                                          UNITED STATES MAGISTRATE JUDGE